Same case below, 373 Fed. Appx. 658.

Same case below, 371 Fed. Appx. 668.

**No. 10-5214. Kad Carson Elswick, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 6833.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 364 Fed. Appx. 19.

**No. 10-5215. Timothy Lee Claridy, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 7443.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 601 F.3d 276.

**No. 10-5216. Jerry Lee Douglas, Petitioner v. Zee Hyden.**

562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 7375.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5217. Stephen Villa, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 6917.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5218. Dwight Thomas, Petitioner v. United States.**

562 U.S. 909, 131 S. Ct. 259, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 7087.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 593 F.3d 752.

**No. 10-5219. Marcel Thompson, Petitioner v. Catherine Cortez Masto, Attorney General of Nevada, et al.**

562 U.S. 909, 131 S. Ct. 393, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 6860.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5220. David W. Wilson, Petitioner v. Scott Kernan, et al.**

562 U.S. 910, 131 S. Ct. 260, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 6885.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 831.

**No. 10-5222. Everett Lowe, Petitioner v. Guy D. Pierce, Warden.**

562 U.S. 910, 131 S. Ct. 260, 178 L. Ed. 2d 172, 2010 U.S. LEXIS 6886.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.